**EASTERN CAROLINA SERVICE CORPORATION, R. J. Ritchie, Z. E. Merrill, and C. A. Southerland, Receivers of Eastern Carolina Service Corporation, Appellants, v. Mrs. Evelyn Kitchen POOL, Appellee.**

No. 3529.

Circuit Court of Appeals, Fourth Circuit.
July 7, 1933.

A. J. Fletcher and Murray Allen, both of Raleigh, N. C., for appellants.

Douglass & Douglass, of Raleigh, N. C., and I. W. Farmer, of Clayton, N. C., for appellee.

PER CURIAM.

Case dismissed under rule 20, by agreement of attorneys.

■

**E. L. BRUCE COMPANY v. Hartley AKIN.**

No. 6443.

Circuit Court of Appeals, Sixth Circuit.
July 18, 1933.

Harmon, Colston, Goldsmith & Hoadly, of Cincinnati, Ohio, for appellant.

Allen & Allen and Peck, Shaffer & Williams, all of Cincinnati, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to, stipulation of counsel.

■

**EMPIRE PLATING CO. v. ALUMINUM COLORS, Inc.**

No. 6614.

Circuit Court of Appeals, Sixth Circuit.
Nov. 8, 1933.

Cooper, Kerr & Dunham, of New York City, and Brockett, Hyde, Higley & Meyer, of Cleveland, Ohio, for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.

■

**EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. UNION GUARDIAN TRUST COMPANY, Trustee, and George H. Kirchner, Conservator of Union Guardian Trust Company.**

No. 6613.

Circuit Court of Appeals, Sixth Circuit.
Nov. 8, 1933.

Miller, Canfield, Paddock & Stone, of Detroit, Mich., for appellant.

Arthur O. Carmichael, Nathan Berke, and Howard J. Ellis, all of Detroit, Mich., for appellees.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.